Juan F. Dotson (SBN: 232438)
Law Office of Juan F. Dotson
445 S. Figueroa Street, Suite 2600
Los Angeles, CA 90071
Tel (888)471-1377
Fax (888)471-1377
Attorney for Debtor and Plaintiff

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>David Brian Mize,<br><br>_____ Debtors,<br>David Brian Mize,<br><br>Plaintiff's,<br><br>    vs.<br><br>US Bank Home Mortgage, its successors and/or assignees<br><br>Defendant. | Case No.: **2:10-bk-42950-EC**<br><br>**COMPLAINT TO DETERMINE THE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF SECURED CLAIMS AND TO AVOID THE LIEN OF US BANK HOME MORTGAGE, ITS SUCCESSORS AND/OR ASSIGNEES** |

**TO THE DEFENDANT:**

Plaintiffs, David Brian Mize ("Plaintiffs"), allege:

1. The Court has jurisdiction over this proceeding pursuant to 21 U.S.C. 1331 (a).

2. This is a core proceeding under 28 U.S.C. §157(b)(2)(k) and (o).

**Complaint to Determine the Value of Real Property, Determine the Extent of Secured claims and to Avoid the Lien of US Bank, its Successors and/or Assignees whose Servicing Agent is Prober & Raphael**

1

3. The venue properly lies in this jurisdiction district pursuant to 28 U.S.C. §1409(a), in that the instant proceeding is related to the case under Title 11 of the United States Code, which is before this Court.

4. On August 6, 2010 (the "Filing Date"), Plaintiff filed a case under chapter 13 Title 11 of the United States Code, case number: 2:10-bk-42950-EC.

5. At all times relevant, Plaintiff is the owner and has resided at real property located at: 5867 S. Citrus Avenue Los Angeles, CA 90043 (the "Real Property").

6. Plaintiff believes and alleges that the Real Property value, as of November 16, 2010 is $423,000.00 based on an Appraisal Report from Richard H. Munoz.

7. Plaintiffs' property is subject to first deed of trust currently held by US BANK HOME MORTGAGE which has a balance of $457,621.44 based on a proof of claims from November 3, 2010 filed by Prober & Raphael.

8. Plaintiff's property is subject to second deed of trust currently held by US BANK HOME MORTGAGE, whose servicing agent is Prober & Raphael and has a principal balance of $179,870.73 as of February 16, 2010 based on a mortgage statement.

## I.

### FIRST CLAIM FOR RELIEF

### VALUATION OF SECURITY

9. Plaintiff re-alleges that the allegations in paragraphs 1 through 8 of the Complaint are fully set forth.

**Complaint to Determine the Value of Real Property, Determine the Extent of Secured claims and to Avoid the Lien of US Bank, its Successors and/or Assignees whose Servicing Agent is Prober & Raphael**

2

10. Plaintiff alleges that the Real Property became property of the bankruptcy estate upon the filing of the petition which commenced the underlying chapter 13 case.

11. Pursuant to 11 U.S.C. §506(a), (b), (c) and (d) and Federal Rule Bankruptcy Procedure 3012, Plaintiff's request that the Court determine the value of the Real Property to be $423,000.00 as of the filing date.

## II.

## SECOND CLAIM FOR RELIEF

## DETERMINATION OF THE NATURE AND EXTENT OF US BANK'S LIEN

12. Plaintiff re-alleges the allegations in paragraphs 1 through 11 through the Complaint as is fully set forth here.

13. Pursuant to 11 U.S.C. §506(a), (b), (c) and (d) and Federal Bankruptcy Rule Procedure 3012, Plaintiff requests that the Court determine the lien held by US BANK HOME MORTGAGE on the Real Property is first priority and is secured in the amount of $457,621.44 or such other amount as the Court determines to be the value of the Real Property and the balance of the claim is unsecured.

## III.

## THIRD CLAIM FOR RELIEF

## DETERMINATION OF THE NATURE AND EXTENT OF

## US BANK'S LIEN

**Complaint to Determine the Value of Real Property, Determine the Extent of Secured claims and to Avoid the Lien of US Bank, its Successors and/or Assignees whose Servicing Agent is Prober & Raphael**

3

14. Plaintiff re-alleges that the allegations in paragraphs 1 through 13 of the complaint as if fully set forth here.

15. Pursuant to 11 U.S.C. §506(a), (b), (c) and (d) and Federal Bankruptcy Rule Procedure 3012, Plaintiff's request that the Court determines the lien held by US BANK HOME MORTGAGE (Second) is in second priority behind US BANK HOME MORTGAGE (First) and that the secured portion of the lien on the Real Property is deemed $0.00 and that US BANK HOME MORTGAGE holds a wholly unsecured claim.

## IV.

## FOURTH CLAIM FOR RELIEF

## <u>AVOIDENCE OF US BANK'S LIEN</u>

16. Plaintiff re-alleges that the allegations in paragraphs 1 through 14 of the complaint as if fully set forth here.

17. Plaintiff's believe and allege that the claim of US BANK HOME MORTGAGE is completely unsecured under applicable law, including but not limited to 11 U.S.C. §506(a) and (d) and cases interpreting said code Sections may be determined to be a general unsecured claim.

18. Plaintiff's believe that the Court has the authority under applicable law, including 11 U.S.C. 1322 (b), to confirm a Chapter 13 which provides for US BANK HOME MORTGAGE as a general unsecured creditor.

**Complaint to Determine the Value of Real Property, Determine the Extent of Secured claims and to Avoid the Lien of US Bank, its Successors and/or Assignees whose Servicing Agent is Prober & Raphael**

4

19. Plaintiffs believe that the Court has the authority under applicable law to avoid the lien of US BANK HOME MORTGAGE upon Plaintiffs completion of payments under the plan and issuance of a discharge.

## **REQUEST FOR JUDGEMENTS AND ORDERS**

Based on the foregoing, Plaintiff's request that the Court enter a judgment which:

1. Determines the value of the Real Property to be: $423,000.00 as of the filing date.
2. Determines that the lien of US BANK HOME MORTGAGE is secured in the amount that is the value of the Real Property.
3. Determines that the lien of US BANK HOME MORTGAGE is wholly unsecured.
4. Avoids US BANK HOME MORTGAGE's lien and permits modification of the claim under §1322 (b)(2).
5. For such other and further relief as the Court deems just and proper.

Dated:                                          Law Office of Juan F. Dotson


                                                By:  /s/Juan F. Dotson
                                                Juan F. Dotson, Attorney for Plaintiff's

# DECLARATION OF DAVID BRIAN MIZE
# IN SUPPORT OF COMPLAINT TO DETERMINE VALUE

I, DAVID BRIAN MIZE, do hereby declare that all of the following is true and correct to the best of our personal knowledge and if called upon as witnesses we could and would competently testify to the truthfulness of all of the below statements.

1. I am the debtor in the instant bankruptcy proceeding, filed on August 6, 2010 Case No. 2:10-bk-42950-EC.

2. I am the owner of real property located at 5867 S. Citrus Avenue, Los Angeles, CA 90043 (hereinafter, the "Property").

3. My first mortgage on the Real Property is held by US Bank Home Mortgage. I am informed and believe that the amount I currently owe on the first mortgage is approximately $457,621.44 based on a proof of claim filed by Prober & Raphael. A true and correct copy of the proof of claim is attached hereto as **Exhibit "B"**.

4. The second mortgage on the Property is currently held by US Bank Home Mortgage. We believe the amount we owe on the Second Lien is approximately $179,870.73 based on a mortgage statement. A true and correct copy of the mortgage statement is attached hereto as **Exhibit "C"**.

5. On or about November 2010 we requested a Uniform Residential Appraisal Report from California Licensed Real Estate Appraiser Brett Mars (CA Lic No.:029948). On November 16th, 2010 we received an Appraisal Report valuing the Real Property at $423,000.00. A true and correct copy of the proof of claims is attached hereto as **Exhibit "A".**

///
///

**Complaint to Determine the Value of Real Property, Determine the Extent of Secured claims and to Avoid the Lien of US Bank, its Successors and/or Assignees whose Servicing Agent is Prober & Raphael**

6

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this __16th__ day of _____December_____, 2010, in Los Angeles, California.

                                                      /s/David Brian Mize_____

                                                     David Brian Mize, Debtor

**Complaint to Determine the Value of Real Property, Determine the Extent of Secured claims and to Avoid the Lien of US Bank, its Successors and/or Assignees whose Servicing Agent is Prober & Raphael**

7

| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Juan F. Dotson**<br>**Law Office of Juan F. Dotson**<br>**445 S. Figueroa Street, Ste 2600**<br>**888.471.1377 Fax: 888.471.1377**<br>California State Bar Number: **232438**<br>*Attorney for Plaintiff* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**David Brian Mize**<br><br><br>Debtor. | CHAPTER __13__<br><br>CASE NUMBER **2:10-bk-42950**<br><br>ADVERSARY NUMBER |
|---|---|
| **David Brian Mize**<br>Plaintiff(s),<br>vs.<br>**US Bank Home Mortgage**<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
*Deputy Clerk*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010  (COA-SA)

**F 7004-1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Summons and Notice of Status Conference - *Page 2*                                    F 7004-1

| In re<br>**David Brian Mize**<br>Debtor(s). | CASE NO: **2:10-bk-42950** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____
*Date*          *Type Name*          *Signature*


---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)                                                                 F 7004-1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

**Mailing List:**

**US BANK HOME MORTGAGE**
**(1ST AND 2ND MORTGAGE HOLDER)**
**4801 Frederica Street**
**Owensboro, KY 42301**

**Prober & Raphael, A Law Corporation**
**Attorney for Secured Creditor**
**(Servicing Agent for Process Service for US BANK)**
**20750 Ventura Blvd**
**Suite 100**
**Woodland Hills, CA 91364**

**CHAPTER 13 TRUSTEE**
**Kathy A Dockery (TR)**
**700 S. Flower Street, Suite 1950**
**Los Angeles, CA 90017**

**United States Trustee (LA)**
**725 S Figueroa St., 26th Floor**
**Los Angeles, CA 90017**

**Honorable Ellen Carroll**
**255 E. Temple Street**
**Ste. 1634**
**Los Angeles, CA 90012**

Complaint to Determine the Value of Real Property, Determine the Extent of Secured
claims and to Avoid the Lien of US Bank, its Successors and/or Assignees whose
Servicing Agent is Prober & Raphael

11